RECEIVED
IN ALEXANDRIA, LA.
FEB 25 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES STEVENSON,<br>      Appellant | CIVIL ACTION<br>SECTION "P"<br>NO. 1:09-CV-02234 |
| VERSUS | |
| ALFONZO PACHECO, et al.,<br>      Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Stevenson's motion for injunctive relief (Doc. 4) is GRANTED.

IT IS FURTHER ORDERED that defendants are to make an appointment for plaintiff James Stevenson with the Diabetic Wound/Limb Care Clinic at LSU Medical Center, the **appointment to be scheduled to occur within twenty days of the date of this judgment**. If the Diabetic Wound/Limb Care Clinic is unable to schedule an appointment within that time, defendants are ORDERED to schedule Stevenson's appointment at the next available appointment time, and report the appointment date and time to the court *in writing* as soon as possible.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of February, 2010.

                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE